ALD-116                                                                February 24, 2012

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **12-1295**

SEAN DAVID MILSON, Petitioner

v.

THE ATTORNEY GENERAL OF THE UNITED STATES, Respondent

(A038-569-144)

Present:     SLOVITER AND FISHER, Circuit Judges

Submitted are:

(1)     Petitioner's motion for a stay of removal; and

(2)     Respondent's response in opposition thereto

in the above-captioned case.

Respectfully,

Clerk

MMW/JDM/mlr

_____ORDER_____

The motion for a stay of removal is denied. See Nken v. Holder, 129 S. Ct. 1749, 1761 (2009). Petitioner, an aggravated felon, has not met his burden of showing that he is likely to succeed on the merits of any constitutional claim or question or law, see 8 U.S.C. § 1252(a)(2)(D), and he has not shown that irreparable injury will result absent a stay of his removal pending review. See Nken, 129 S. Ct. at 1761.

By the Court,

 /s/  Dolores K. Sloviter
Circuit Judge

Dated: March 1, 2012
cc: Sean David Milson
    Nicole Prairie, Esq.